```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**THE ESTATE OF ROBERT JOHNSON**           *     **CIVIL ACTION**
                                           *
**VERSUS**                                 *     **NO. 07-1008**
                                           *     **C/W 07-1009**
                                           *
**BLANN TRACTOR COMPANY, ET AL**           *     **SECTION "B"(4)**

## ORDER

Considering the Motion to Dismiss (Rec. Doc. No. 40);

**IT IS ORDERED** that the above-entitled and numbered causes be and the same are hereby **DISMISSED, WITH FULL PREJUDICE**, all parties to bear their own costs.

New Orleans, Louisiana, this 24th day of November, 2008.

_____
                              IVAN L.R. LEMELLE
                     UNITED STATES DISTRICT JUDGE